# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-3798

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | Northern District of Iowa. |
| Leticia Maria Caballero, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: December 7, 2007
Filed: December 13, 2007

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

Leticia Caballero appeals the sentence the district court[1] imposed following her guilty plea to conspiring to distribute 500 grams or more of methamphetamine mixture in violation of 21 U.S.C. § 846, and to possessing with intent to distribute 500 grams or more of methamphetamine mixture in violation of 21 U.S.C. § 841(a)(1). Caballero was sentenced to serve two concurrent terms of 120 months in prison (the statutory mandatory minimum) and 5 years of supervised release. Caballero's counsel has

_____

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

moved to withdraw and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), arguing that Caballero's sentence is unreasonable.

Caballero's sentence is not unreasonable because in these circumstances the district court did not have discretion to impose a sentence below the mandatory minimum sentence. <u>See</u> <u>United States v. Gregg</u>, 451 F.3d 930, 937 (8th Cir. 2006) (rejecting argument that district court had discretion to impose non-Guidelines sentence when portion of sentence is result of mandatory minimum sentence; "<u>Booker</u>[2] does not relate to statutorily-imposed sentences"); <u>United States v. Chacon</u>, 330 F.3d 1065, 1066 (8th Cir. 2003) (only authority for district court to depart from statutory minimum sentence is found in 18 U.S.C. § 3553(e) and (f), which apply only when government makes motion for substantial assistance or defendant qualifies for safety-valve relief).

After reviewing the record independently under <u>Penson v. Ohio</u>, 488 U.S. 75, 80 (1988), we find no nonfrivolous issues. Accordingly, we grant counsel leave to withdraw, and the judgment is affirmed.

_____

[2]<u>United States v. Booker</u>, 543 U.S. 220 (2005).